**No. 11-10. A. B., By and Through Her Parents, Susan B., et vir, Petitioner v. Montgomery County Intermediate Unit.**

565 U.S. 878, 132 S. Ct. 242, 181 L. Ed. 2d 138, 2011 U.S. LEXIS 5424.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 409 Fed. Appx. 602.

**No. 11-12. Ann H. Lokuta, Judge, Court of Common Pleas, Eleventh Judicial District, Luzerne County, Pennsylvania, Petitioner v. Judicial Conduct Board of Pennsylvania.**

565 U.S. 878, 132 S. Ct. 242, 181 L. Ed. 2d 138, 2011 U.S. LEXIS 5337.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 608 Pa. 223, 11 A.3d 427.

**No. 11-13. Cynthia Kartman, et al., Petitioners v. State Farm Mutual Automobile Insurance Company, et al.**

565 U.S. 878, 132 S. Ct. 242, 181 L. Ed. 2d 138, 2011 U.S. LEXIS 5288.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 634 F.3d 883.

**No. 11-14. Douglas J. DiBiasi, Petitioner v. Starbucks Corporation, et al.**

565 U.S. 878, 132 S. Ct. 242, 181 L. Ed. 2d 138, 2011 U.S. LEXIS 5297.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 948.

**No. 11-15. The Blackstone Group, L.P., et al., Petitioners v. Martin Litwin, et al.**

565 U.S. 878, 132 S. Ct. 242, 181 L. Ed. 2d 138, 2011 U.S. LEXIS 5436.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 634 F.3d 706.

**No. 11-17. Kay Park, Petitioner v. Metropolitan Life Insurance Company.**

565 U.S. 878, 132 S. Ct. 243, 181 L. Ed. 2d 138, 2011 U.S. LEXIS 5325.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 421 Fed. Appx. 197.